# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

The Trustees of Minnesota Cement Masons
and Plasterers Fringe Benefit Funds,

        Plaintiff,                      Civil No. 07-3973 (RHK/RLE)

vs.

                                          **ORDER**

Letourneau and Sons Inc., a Minnesota
corporation, John E. Letourneau, Jr.,

        Defendants.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: September 17, 2007

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge