## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

The Trustees of the Minnesota Cement Masons
and Plasterers Fringe Benefit Funds,

                              Plaintiffs,

                                                          Civ. No. 07-3973 (RHK/RLE)
                                                                 **ORDER**

v.

Letourneau & Sons, Inc., a Minnesota corporation,
and John E. Letourneau, Jr.,

                              Defendants.

---

      This matter is before the Court *sua sponte*. Defendants have filed a Motion to Enforce Settlement (Doc. No. 22), which is scheduled to be heard by the Court on September 3, 2008, at 9:00 a.m. The Court having conferred with counsel for the parties, and counsel having agreed that the Motion is appropriate for disposition without a hearing, **IT IS ORDERED** that the hearing on Defendants' Motion is **CANCELED**. The Motion is deemed submitted as of August 20, 2008, the date Plaintiffs filed their Opposition to the Motion.

Dated: August 26, 2008                                                  s/Richard H. Kyle
                                                                                  RICHARD H. KYLE
                                                                                   United States District Judge