## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of the Minnesota Cement Masons and Plasterers Fringe Benefit Funds,<br><br>Plaintiffs,<br><br>vs.<br><br>Letourneau & Sons, Inc., a Minnesota corporation; and John E. Letourneau, Jr.,<br><br>Defendants. | Civil File No. 07-cv-3973 RHK/RLE<br><br>**ORDER FOR DISMISSAL WITH REGARD TO CO-DEFENDANT JOHN E. LETOURNEAU, JR., ONLY** |

Based upon the parties' Stipulation for Dismissal With Regard to Co-Defendant John E. Letourneau, Jr. (Doc. No. 40), this matter is hereby **DISMISSED WITHOUT PREJUDICE** and without costs with regard to Co-Defendant John E. Letourneau, Jr., only.

September 9, 2008

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge