## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of the Minnesota Cement Masons and Plasterers Fringe Benefit Funds,<br><br>Plaintiffs,<br><br>vs.<br><br>Letourneau & Sons, Inc., a Minnesota corporation; and John E. Letourneau, Jr.,<br><br>Defendants. | Civil No. 07-3973 (RHK/RLE)<br><br>**ORDER FOR DISMISSAL WITH REGARD TO CO-DEFENDANT LETOURNEAU & SONS, INC., A MINNESOTA CORPORATION** |

Based upon the parties' Stipulation for Dismissal with regard to co-Defendant Letourneau & Sons, Inc. (Doc. No. 42), this matter is hereby **DISMISSED WITH PREJUDICE** and without costs with regard to Co-Defendant Letourneau & Sons, Inc., a Minnesota corporation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 22, 2008

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge